to plaintiff to withdraw demurrer and to reply on payment of costs in this court and in the court below. Order filed.

STOCK, Appellant, v. HOFFSTETTER, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Benjamin Stock against Albert Hoffstetter. S. J. Liebeskind, for appellant. J. V. Bouvier, Jr., for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STONE, Respondent, v. ROCHESTER HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by Junius H. Stone against the Rochester Herald Company. J. S. Havens, for appellant. C. E. Thornall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STORCK, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by John Storck against the Interurban Street Railway Company. E. D. O'Brien, for appellant. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STRAUCH v. RHEINFRANK HOUSE WRECKING CO. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Peter D. Strauch against the Rheinfrank House Wrecking Company. No opinion. Motion granted, with $10 costs. Order filed.

SUNDERLAND, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 4, 1906.) Action by Marguerite Sunderland against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

THORNTON, Appellant, v. ESTRADA, Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Amasa Thornton against Pedro Gonzales Estrada, as bishop of the Roman Catholic diocese of Havana, island of Cuba. No opinion. Order affirmed, with $10 costs and disbursements.

TOSCANI v. FELT. (Supreme Court, Appellate Division, First Department. May 18, 1906.) Action by Carrie Toscani against Henry L. Felt. No opinion. Application denied, with $10 costs. Order signed.

TOURTELLOT, Appellant, v. N. J. BOOL CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 18, 1906.) Action by Katherine W. Tourtellot against the N. J. Bool Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

TOWN OF HEMPSTEAD, Respondent, v. FINUCAN, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) Action by the town of Hempstead against Thomas Finucan. No opinion. Judgment and order affirmed, with costs.

UTICA HEATER CO., Respondent, v. LUKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 9, 1906.) Action by the Utica Heater Company against Edwin H. F. Luke. No opinion. There being no exceptions to the decision, the appeal herein cannot be reviewed on the merits, and the judgment is therefore affirmed, with costs.

In re WANTZELIUS. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Camille J. N. Kainer, an infant; Hugo Wantzelius and the Ætna Indemnity Company, appellants. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

In re WANTZELIUS. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) In the matter of the judicial settlement of the account of proceedings of Hugo Wantzelius, as general guardian of Edythe M. Kainer, an infant; Hugo Wantzelius and the Ætna Indemnity Company, appellants. No opinion. Decree of the Surrogate's Court of Kings county affirmed, with costs.

WARD v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Edward J. Ward against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs. Order filed.

In re WATERMAN'S ESTATE. (Supreme Court, Appellate Division, Second Department. May 9, 1906.) In the matter of the estate of Henry Waterman, deceased. No opinion. Motion granted.

WATTERSON STEAM HEATING CO., Respondent, v. ERLANGER, Sheriff, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 25, 1906.) Action by the Watterson Steam Heating Company against Mitchell L. Erlanger, as sheriff, and Andrew P. Morrison. M. P. Stevens, for appellants. J. A. Allen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re WICKES. (Supreme Court, Appellate Division, First Department. April 20, 1906.) In the matter of Thomas P. Wickes. No opinion. Respondent disbarred. Order filed.

WILKENFELD, Appellant, v. ISAACSON, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1906.) Action by Hirsch Wilkenfeld against Pincus Isaacson. J. Wilkenfeld, for appellant. L. Alexander, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.